**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In the Matter of: | : | Case No. 10-50449 |
| | : | |
| GLASSBURN, KEITH E. L. | : | Chapter 7 |
| GLASSBURN, LINDA SUE | : | |
| Debtor. | : | Judge Charles M. Caldwell |

**NOTICE TO THE CLERK OF SMALL DIVIDENDS AND UNCLAIMED FUNDS**

**TO THE CLERK OF THE COURT:**

The attached check in the amount of $4.60 represents the total sum of unclaimed and small dividends in this estate and is paid to the Court pursuant to 11 U.S.C. §347(a) and FRBP 3010. The name(s) and address(es) of the party(ies) entitled to those unclaimed dividends is(are) as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Verizon Wireless<br>PO Box 3397<br>Bloomington, IL 61702 | 3 | $4.60 |

| Total Unclaimed/Small<br>Dividends $25.00 or Under | Total Unclaimed Dividends<br>Over $25.00 |
|---|---|
| $4.60 | $0.00 |

Dated: August 4, 2010

/s/ David M. Whittaker
David M. Whittaker, Trustee   (0019307)
BRICKER & ECKLER LLP
100 South Third Street
Columbus, OH  43215
Phone:  (614) 227-2355
Fax:  (614) 227-2390
Email:  dwhittaker@bricker.com

cc:     United States Trustee

3930975v1

| | | |
|---|---|---|
| Claim 000003, Payment 4.9703%<br>Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | **BANK OF AMERICA, N.A.**<br>DAVID M. WHITTAKER, CH 7 TRUSTEE      32-1/1110 TX<br>100 SOUTH THIRD STREET                             0<br>COLUMBUS, OH  43215 | CHECK NUMBER<br>**105**<br><br>DATE            AMOUNT<br>08/03/10    ***********4.60 |

**2385474**

PAY TO THE ORDER OF

UNITED STATES BANKRUPTCY COURT
OH

| CASE NUMBER | ESTATE OF |
|---|---|
| 10-50449    CMC | Debtor: GLASSBURN, KEITH E. L.<br>Joint Debtor: GLASSBURN, LINDA SUE |

*Four Dollars And 60/100*

RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS

⑈000105⑈ ⑆111000012⑆ 4437409966⑈

---

| Date: 08/03/10 | Check Number:  105 | Amount:  4.60 |
|---|---|---|
| Case Number: 10-50449    CMC<br>Debtor Name: GLASSBURN, KEITH E. L. | | |
| **PAID TO:** **UNITED STATES BANKRUPTCY COURT**<br>**OH** | Trustee: | DAVID M. WHITTAKER, CH 7 TRUSTEE<br>100 SOUTH THIRD STREET<br>COLUMBUS, OH  43215 |
| Description: Claim 000003, Payment 4.9703%   Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702 | | |
| Bank Account Number:   4437409966 | | |